UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CANADA VENTURES, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>MDALGORITHMS, INC.,<br><br>       Defendant. | Case No. 22-cv-07197-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Initial Case Management Conference on April 20, 2023. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION: The parties are hereby REFERRED to the court's ADR department for the purpose of engaging in mediation to take place, ideally, within the next 90 days.

    2.    AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be July 28, 2023. After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

    3.    DISCOVERY.

On or before January 19, 2024, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-

1  five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of
2  requests for production of documents or for inspection per party; and (d) a reasonable number of
3  requests for admission per party.

4      4.    DISCOVERY DISPUTES.

5  Discovery disputes will be referred to a Magistrate Judge. To initiate a referral, the Parties
6  should file a notice of need for discovery referral. After a Magistrate Judge has been assigned, all
7  further discovery matters shall be filed pursuant to that Judge's procedures.

8      5.    EXPERT WITNESSES.

9  The disclosure and discovery of expert witnesses shall proceed as follows:

10      a. On or before February 16, 2024, parties will designate experts in accordance with
11      Federal Rule of Civil Procedure 26(a)(2).
12      b. On or before March 15, 2024, parties will designate their supplemental and rebuttal
13      experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
14      c. On or before April 19, 2024, all discovery of expert witnesses pursuant to Federal
15      Rule of Civil Procedure 26(b)(4) shall be completed.

16      6.    FURTHER CASE MANAGEMENT CONFERENCE.

17  A virtual Further Case Management Conference shall be held on **February 1, 2024 at**
18  **10:00 a.m.** The parties shall file a Joint Case Management Statement at least one week prior to
19  the Conference.

20      7.    PRETRIAL MOTIONS.

21  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.
22  Each party is limited to one motion for summary judgment absent leave of Court. All pretrial
23  motions shall be heard no later than July 19, 2024. The Court encourages the participation at oral
24  argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

25      8.    PRETRIAL CONFERENCE.

26  The final pretrial conference will be held on **November 13, 2024 at 10:00 a.m.**, in
27  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

28      CASE MANAGEMENT SCHEDULING ORDER
    CASE NO. 22-cv-07197-RS

United States District Court
Northern District of California

California.  Each party or lead counsel who will try the case shall attend personally.

9. TRIAL DATE.

A jury trial shall commence on **December 2, 2024 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: April 20, 2023

_____
RICHARD SEEBORG
Chief United States District Judge