IAN K. BOYD (State Bar No. 191434)
Email: iboyd@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Defendant
MDALGORITHMS, INC.

MCCARTNEY DALLMANN LLP
Andrew S. Dallmann (State Bar No. 206771)
23187 La Cadena Dr., Suite 102
Laguna Hills, California 92653
Telephone: (951) 678-2267
E-mail:  andrew@mdllplaw.com

KEY IP LAW GROUP, PLLC
Cecil E. Key (admitted pro hac vice)
1934 Old Gallows Road, Suite 250
Vienna, Virginia 22182
Telephone: (703) 752-6276
Email:  cecil@keyiplaw.com

Attorneys for Plaintiff
LA CANADA VENTURES, INC.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LA CANADA VENTURES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MDALGORITHMS, INC.,<br><br>Defendant. | Case No. 3:22-cv-07197-RS<br><br>**STIPULATION AND ORDER RE FILING OF AND RESPONSE TO SECOND AMENDED COMPLAINT**<br>**[FRCP 15(a); Local Rule 6-2]**<br><br>**Honorable Richard Seeborg** |

**IT IS HEREBY STIPULATED** by and between Plaintiff La Canada Ventures, Inc. ("Plaintiff") and Defendant MDalgorithms, Inc. ("Defendant") (Plaintiff and Defendant, collectively, the "Parties") as follows, pursuant to Civil Local Rule 6-2:

1.     WHEREAS, on July 28, 2023, Plaintiff filed and served its Amended Complaint in this action. *See* Dkt. No. 26 through 26-2;

2. WHEREAS, on August 10, 2023 the Parties filed a stipulation to extend the time for Defendant to respond to the Amended Complaint until August 18, 2023.  *See* Dkt. No. 28;

3. WHEREAS, the Parties disagree as to whether Count V of the Amended Complaint complies with F.R.C.P. 10(b) and they met and conferred to successfully reach a resolution;

**NOW, THEREFORE,** the Parties, through their undersigned counsel, stipulate as follows:

1. Plaintiff will file and serve a Second Amended Complaint on or before August 24, 2023, which will contain the same factual allegations as contained in the Amended Complaint;

2. Defendant stipulates to the filing of the Second Amended Complaint pursuant to F.R.C.P. 15;

3. Defendant will file its response to the Second Amended Complaint by no later than seven (7) calendar days after the Second Amended Complaint is filed, and such response will not be a motion challenging the adequacy of the pleading of the Second Amended Complaint or otherwise seek to dismiss or strike the allegations in the Second Amended Complaint;

4. This stipulation does not change or otherwise impact any dates or deadlines set by the Court.

DATED:  August 18, 2023          Respectfully submitted,

MCCARTNEY DALLMANN LLP
KEY IP LAW GROUP, PLLC

By:       */s/ Cecil E. Key/*
          Cecil E. Key
          Attorneys for Plaintiff
          La Canada Ventures, Inc.

DATED:  August 18, 2023          Respectfully submitted,

SIDEMAN & BANCROFT LLP

By:       */s/ Ian K. Boyd*
          Ian K. Boyd
          Attorneys for Defendant
          MDalgorithms, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 18, 2023

_____
Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1., I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Stipulation and [Proposed] Order re Filing of and Response to Second Amended Complaint.

DATED:   August 18, 2023              SIDEMAN & BANCROFT LLP

                                       By:      */s/ Ian K. Boyd*