

EXHIBIT 1

**Sean O'Connor**
SO  3 reviews  AU

★☆☆☆☆                                                    Jul 18, 2023

**Don't waste your time or money on these…**

Don't waste your time or money on these scammers. Nothing but headaches. Charged me for trial. Then charged me for 2nd batch before getting trial. Now told me sent to wrong address and have to pay more to receive it. I'm out $300, and no product. Zero customer service, just want to take your money.

**Date of experience:** July 18, 2023

👍 Useful    �️ Share                                              🏳

We verify companies and reviewers ⌄
We advocate against bias ⌄

**Take a closer look**

---

**VA**
VA  3 reviews  GB

★☆☆☆☆                                                    Jul 14, 2023

**Beware!!**

Beware!!!
It's a scam they're products cause allergies and horrible rashes to the scalp even if your skin isn't sensitive.
They won't help you and will ignore you.
They overcharged me and said won't refund anything at all.

I can't believe this company is still paying influencers to give them 5 stars as they know they won't get 5 stars unless they scam people.
Let begin with my story!!
The company overcharged me, saved my card details to continue to steal from me. The products were horrible cause more damage than good. Destroyed my skin and gave me burns that I have scars from till this day.
And I researched the company and found out that every single person that speaks good about them is a person who they paid for to do the review to scam people who are vulnerable and want to clear their skin.
Nonetheless I tried the other scam they do which is MDhair another horrible way of stealing money from people who struggle with hair loss.
This company is thriving off scamming people and have a look at their ingredients they're full of harmful carcinogenic products that messes up with women and men's fertility and endocrine system and nonetheless causes cancer and other organ problems.
I would recommend to avoid this company at all costs.

**Date of experience:** July 14, 2023

👍 Useful    �️ Share                                              🏳

---

**JB**
JB  10 reviews  GB

★☆☆☆☆                                                     Jul 7, 2023

**Stolen money**

Used for 4 months, didn't work for me so cancelled it. Well… they still continued to steal my money and lied saying that I reinstated it without proof.

Moral of the story, cancel from your bank not the site because they'll continue to steal your money.

**Date of experience:** July 07, 2023

👍 Useful 1    ⏷ Share                                             🏳

---

Kitty

**EXHIBIT 1**



EXHIBIT 1



**Elena** — 12 reviews — GB — ★★☆☆☆ — Jun 14, 2023

**Billed me unauthorised**

I bought a trial kit. Not managed to even try it yet as have been finishing other products! They billed me for the next 2 months lot even though I clearly remember that I was not subscribing. I wouldn't! I need to try it first! Total scam when it comes to accounting/billing processes. Be careful to make sure you know what you pay for.

Date of experience: June 13, 2023

---

**Zoey Hog** — 3 reviews — AU — ★☆☆☆☆ — Jun 5, 2023

**GENERIC PRODUCT FOR TOM DICK AND HARRY, NOT CUSTOMISED**

I noticed it gave the same package to all people checking on the customised checklist for recommending the correct product. It is the same product for all people despite different for different hair conditions, health circumstance and type.

I'm now scared to order any.

Date of experience: June 05, 2023

---

See Trustpilot reviews directly in your Google searches — **Get Chrome Extension**

---

**Danielle** — 2 reviews — US — ★★☆☆☆ — Jun 16, 2023

**We started off rocky with the delivery**

We started off rocky with the delivery. But once that was settled I was actually excited to try out the products. I just got the package in the mail today, and I realized a few things. All of my products are only half full. My Peptide Bond Repair Oil was sticky before I even had a chance to open it. The products were just thrown in a box without any protection. Just this blue confetti paper..I purchased it so I'm going to use it, but this is ridiculous. When I first picked up the box all I could hear were the products rolling around in there....Let's see if it actually does something, even though everything is half full..

Date of experience: June 15, 2023

---

**Zanny** — 2 reviews — US — ★★☆☆☆ — May 14, 2023

**EXHIBIT 1**

### Not Legit

I get the feeling that this brand is hiding something... I filled out the quiz and was recommended products, which I purchased and then immediately wanted to cancel, which apparently is not possible. While I really like the shampoo, the hair serum did nothing for me. I also noticed that the shampoo came in a bottle almost the same size as the serum and was barely more than halfway full. When I reached out to customer service they gave me some long excuse about how each bottle is measured out thoroughly, basically saying that they do this on purpose. Overall I feel I was scammed, and found the customer service to be more defensive than anything else. Will not buy again.

Date of experience: May 12, 2023

👍 Useful 2    ⌁ Share



**DISAPPOINTED**
4 reviews   AU

★☆☆☆☆    Updated Jul 11, 2023

### MD Hair - Appalling service, no cares whatsoever …

First time customer & can honestly say it's been the worst customer service - once they get your money there is absolutely zero care and zero customer service. Their attitude is "too bad" and cease all communication & assistance. Will never order again.

Date of experience: May 30, 2023

👍 Useful    ⌁ Share



**Samson Peter**
1 review   CA

★☆☆☆☆    Jun 24, 2023

### This is a Scam

This is a Scam. I Signed up for a trial pack of $39 and they charged me over $80. The package shows delivered but i never received it. When I asked about my package they don't have an idea and are asking me to pay again to resend

Date of experience: June 23, 2023

👍 Useful    ⌁ Share



**Guest**
3 reviews   GB

★☆☆☆☆    May 20, 2023

### The treatment doesn't do anything for

The treatment doesn't do anything for my hair and the big problem when I unsubscribe to stop them from send me product every month they've made fake email for me and took money from my bank account and and they harm me so much as I was have certain amount of money to send it for my poorly mum and they took the money never trust this company I had to cancel my Visa card and make a new one to stop them to take money from me! Horrible scammers

Date of experience: April 20, 2023

👍 Useful 2    ⌁ Share

**Rene McKeel**
1 review   US

**EXHIBIT 1**



**EXHIBIT 1**





EXHIBIT 1