

EXHIBIT 2



I wish I could add photos here of my face. Their product caused me such bad skin reaction, and I've been advised to persevere. The more I used the product the worse my skin was. Itchy, SO RED, sore and bumps all around. I'm actually so disappointed and feel down due to the condition that my skin is right now.

Trying different product like Aveeno, which seemed to calm down my sensitive skin a little. it's probably gonna take ages for my skin barrier to go back to normal.

I'm glad that this product worked for some, but definitely ruined my confidence with my skin for a long time... Hoping that I can get back my beautiful smooth skin one day.

Date of experience: July 18, 2023

Useful    Share

**PC** paula comanescu
3 reviews   GB

★ ☆ ☆ ☆ ☆                                                            Jul 19, 2023

**Scam!Do not make the same mistake as me…**

Scam!Do not make the same mistake as me (and others,as I see)!!!
So, I ordered the free try kit ,only paid for the shipping,but never subscribed to their product!A month later,surprise!£58 out of my account!When I emailed them to ask why, they said that it's already been shipped and it's too late to cancel it,but I can return it as soon as I receive it.When I asked for the return link,they informed me that I have to pay for the shipping (£15) and that I will receive a partial refund..so,why bother,right?!?
I hope smarter (than me)people will first read the reviews and then decide if it's worth it or not.

Date of experience: July 19, 2023

Useful    Share

**VA** VA
3 reviews   GB

★ ☆ ☆ ☆ ☆                                                            Jul 14, 2023

**Scam**

Scam
I can't believe this company is still paying influencers to give them 5 stars as they know they won't get 5 stars unless they scam people.
Let begin with my story!!
The company overcharged me, saved my card details to continue to steal from me. The products were horrible cause more damage than good. Destroyed my skin and gave me burns that I have scars from till this day.
And I researched the company and found out that every single person that speaks good about them is a person who they paid for to do the review to scam people who are vulnerable and want to clear their skin.
Nonetheless I tried the other scam they do which is MDhair another horrible way of stealing money from people who struggle with hair loss.
This company is thriving off scamming people and have a look at their ingredients they're full of harmful carcinogenic products that messes up with women and men's fertility and endocrine system and nonetheless causes cancer and other organ problems.
I would recommend to avoid this company at all costs.

Date of experience: July 14, 2023

Useful 1    Share

**SB** Szymon Blaszczuk
1 review   GB

★ ☆ ☆ ☆ ☆                                                            Jul 11, 2023

**Terrible experience**

I started with a trial as I wanted to see if their products worked, after I paid etc I cancelled my membership because I wanted to see if this actually worked or not before I forgot about the membership and had more money taken from my account.

**EXHIBIT 2**



EXHIBIT 2



EXHIBIT 2

★☆☆☆☆ Apr 23, 2023

**Terrible shipping**

I had an absolutely horrible experience with MDacne, and I feel compelled to share my frustration with others. The shipping time for my order was a mind-boggling 1.5 months, and to make matters worse, I still haven't received the item yet! This level of incompetence and disregard for my time and money is unacceptable.

Overall, my experience with MDacne has been absolutely terrible, and I cannot recommend them to anyone. It's clear that they have failed to meet even the most basic standards of customer service and satisfaction. If you're looking for a reliable and trustworthy company to do business with, I suggest you look elsewhere.

Date of experience: April 23, 2023

👍 Useful 1   ⌁ Share

**Reply from MDacne** — Apr 24, 2023

Dear Ruben,

We are truly sorry to hear about your frustrating experience with MDacne and apologize for the inconvenience caused. We understand that the shipping delay has been extremely disappointing and we want to make things right for you.

We would like to clarify that the extended shipping time for your order was due to an unexpected hold by Canadian customs. While this is an uncommon occurrence, we recognize that it has significantly impacted your experience with us. To rectify this situation, we have issued a full refund for your order.

Please be assured that this issue is not reflective of our usual service standards, and we continually strive to provide our customers with a seamless and positive experience. We appreciate your feedback and will take the necessary steps to further improve our services to prevent such incidents in the future.

Once again, we apologize for the inconvenience and thank you for your understanding. Should you have any further concerns or questions, please do not hesitate to reach out to our customer support team. We're here to help.

Sincerely,
MDacne, Custom Success Team

---

**OC  Owen Camber**
1 review  ◎ GB

★☆☆☆☆ Apr 3, 2023

**SCAM!!!!**

I purchased 3 things and got told this time it was free but I was to pay around £10 for shipping, I then did this and got charged, MDacne then said I could cancel the subscription at any point! So I did this as I know I would've forgot to do it if I didn't like the cream and didn't want to be charged. Well since then, I got a message hinting at the fact my order had been cancelled, they never told me directly it had been. A few days go by after I asked if it had been cancelled and again they subtly said yes it had been. So I said why have you done this, in which they are refusing to respond to, it is a scam as I have had money taken out my account, and now I'm being ignored and they are refusing to refund me or send me the product! I have screenshot proof of this aswell!

Date of experience: April 03, 2023

👍 Useful 1   ⌁ Share

---

**DA  Darren**
1 review  ◎ GB

★☆☆☆☆ Nov 26, 2022

**This is one of the worst products I've…**

This is one of the worst products I've used in my life and I have spent thousands on skincare! To begin with when I got the product my skin actually wasn't that bad but this product made it the worst it had ever been!!! Do no I repeat DO NOT waste your money on this and if you had acne speak to you doctor or dermatologist and all the

**EXHIBIT 2**

information you want is online for free, don't fall into this scam and deceiving adverts and reviews because I promise you you'll regret it!

Date of experience: October 30, 2022

Useful 1    Share

---

**Jason Smith**
JS   17 reviews   GB

★☆☆☆☆                                    Jun 6, 2023

**Thank You Scooby Chick**

Thank You Scooby Chick! 👍

YOUR REVIEW WAS SO HELPFUL AND MIRRORED EXACTLY WHAT I MYSELF EXPERIENCED.
MDACNE. COM ARE A SCAM COMPANY AND USE DECIET AS A MEANS TO TRY TO STEAL YOUR MONEY….I SAY TRY BECAUSE I HAVE NOW REQUESTED A CHARGE BACK FROM MY BANK AND THANKS TO SCOOBY CHICKS REVIEW, FOR THE EXACT SAME REASON THAT I NEVER SET UP ANY DIRECT DEBIT WITH MDACNE.COM & WAS MADE TO BELIEVE THAT I WAS SIMPLY PAYING THE SHIPPING COSTS FOR A FREE ONE MONTH PRODUCT TRIAL.

DISGUSTING FRAUDULANT BAS#%@DS.

ALSO VERY DODGY IS THAT MOST OF THE POSITIVE REVIEWS FOR THIS COMPANY LOOK FAKE.
JUST AS BAD WAS THE FACT THAT THE "FREE ONE MONTH TRIAL" PRODUCTS WERE ABSOLUTE CRAP AND MADE MY SKIN WORSE!!!!!
THIS IS NOT SOWER GRAPES EITHER, THEIR PRODUCTS ARE ABSOLUTELY CRAP AND WILL WORSEN ANY SKIN CONDITION YOU MAY SUFFER WITH, MINE WAS ROSACEA AND AFTER USING THEIR AWFUL PRODUCT I REALLY RESEARCHED THE BEST WAY TO COMBAT MY SKIN ISSUE WHICH TURNED OUT TO BE AUSTRALIAN 100% TEA TREE OIL #AMAZING AND AFTER ONLY 3 WEEKS MY CONDITION HAS CLEARED COMPLETELY.
SO PLEASE BE ADVISED TO AVOID MDACNE LIKE THE PLAGUE THEY ARE, NOT ONLY DO THEY SUPPLY SNAKE OIL…..THEY STEAL YOUR MONEY…..BUT….NOT FOR LONG MDACNE, BECAUSE YOU WILL NEED TO SHOW PROOF TO MY BANK THAT I SET UP A DIRECT DEBIT WITH YOU…..AND WE KNOW YOU CAN'T DO THIS BECAUSE YOU ARE NOTHING LESS THAN A BUNCH OF FRAUDSTERS……. AND YOU ARE GOING TO BE MADE TO PAY ME MY MONEY BACK.
AND DO NOT EMBARRASS YOURSELVES TRYING TO LEAVE ANY REPLY THAT COULD IN ANY WAY JUSTIFY WHAT YOU ARE….A SCAM FRAUDULANT COMPANY!!!!!!!

FRAUD ALERT X MDACNE X AVOID X AVOID XAVOID X

Date of experience: June 03, 2023

Useful    Share

---

**Deanne Harding**
DH   17 reviews   GB

★☆☆☆☆                                    Nov 16, 2022

**Scammers**

Scammers ! Keep taking money out of my bank even tho I've cancelled and deleted the account ! I've not received one package either and they still keep taking money ! ! The bank have also refunded me once already and I am now on the bank again as they've taken another 2 months payments ! Don't put your card details on THIS SITE THEY WILL STEAL OFF YOU EVERY MONTH I bet any money that the good reviews are their own staff ! SCAMMERS

Date of experience: November 16, 2022

Useful 1    Share

---

**Zehra Aktas**
ZA   1 review   US

★☆☆☆☆                                    Feb 7, 2022

**EXHIBIT 2**





EXHIBIT 2