1

**MCCARTNEY DALLMANN LLP**
Andrew S. Dallmann (State Bar No. 206771)
23187 La Cadena Dr.
Suite 102
Laguna Hills, California 92653
Telephone: (951) 678-2267
E-mail:  andrew@mdllplaw.com

2

3

4

**KEY IP LAW GROUP, PLLC**
Cecil E. Key (admitted pro hac vice)
1934 Old Gallows Road, Suite 250
Vienna, Virginia 22182
Telephone: (703) 752-6276
Email:  cecil@keyiplaw.com

5

6

7

Attorneys for Plaintiff
LA CANADA VENTURES, INC.

8

9

10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

13

| | |
|---|---|
| LA CANADA VENTURES, INC., | Case No.:      3:22-cv-07197-RS |
| Plaintiff, | **DECLARATION OF ANDREW S. DALLMANN IN SUPPORT OF LA CANADA VENTURES INC.'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS** |
| vs. | |
| MDALGORITHMS, INC., | |
| Defendant. | **FED. R. CIV. P. 12(B)(6)** |
| | Judge: Richard Seeborg |
| | Courtroom:3 |
| | Date: November 2, 2023 |
| | Time:1:30 p.m. |

14

15

16

17

18

19

20

21

22

23

I, Andrew S. Dallmann, declare as follows:

24

1.     I am a member in good standing of the bar of the State of California and the bar of

25

this Court, and counsel of record for La Canada Ventures Inc. in this action.  Unless otherwise

26

27

stated, I have personal knowledge of the facts set forth herein.

28

2.      Attached as **Exhibit A** is a true and correct copy of La Canada's Certificate of Registration for U.S. Registration 4,471,494 for the MD trademark, obtained from the online records of the U.S. Patent and Trademark Office ("USPTO") and produced by La Canada to MDalgorithms bearing production numbers LCV0000075.

3.      Attached as **Exhibit B** is a true and correct copy of MDalgorithms' Certificate of Registration for U.S. Registration 4,946,004 for the MDACNE trademark, obtained from the online records of the USPTO.

4.      Attached as **Exhibit C** is a true and correct copy of MDalgorithms' Certificate of Registration for U.S. Registration 5,519,511 for the MDACNE trademark, obtained from the online records of the USPTO.

5.      Attached as **Exhibit D** is a true and correct copy of MDalgorithms' Certificate of Registration for U.S. Registration 6,668,393 for the MDACNE trademark, obtained from the online records of the USPTO.

6.      Attached as **Exhibit E** is a true and correct copy of MDalgorithms' Certificate of Registration for U.S. Registration 6,617,014 for the MDHAIR trademark, obtained from the online records of the USPTO.

7.   Below is a table synopsizing the relative dates of use and registration of La Canada's MD® mark and MDalgorithms' MDacne and MDhair marks as reflected in the Certificates of Registration attached hereto as Exhibits A-E.

| Registrant | Mark | Goods/Services. | Date of Registration | Date of First Use |
|---|---|---|---|---|
| La Canada | MD | Class 3: Cosmetics; Hair shampoos and conditioners; Non-medicated acne | January 21, 2014 | January 1, 2012 |

- 2 -

| Registrant | Mark | Goods/Services. | Date of Registration | Date of First Use |
|---|---|---|---|---|
| | | treatment preparations; Non-medicated toiletries | | |
| | | Class 5: Acne treatment preparations; nutraceuticals for the treatment of hair loss; nutraceuticals for use as a dietary supplement | | |
| MDalgorithms | MDacne | Class 9: Computer software and downloadable computer software for education and advice in the field of the care and treatment of skin disorders, namely, acne. | April 26, 2016 | May 16, 2010 |
| | | Class 41: Providing a website featuring information and advice in the field of the diagnosis and treatment of acne. | | |
| | | Class 5: Medicated skin treatment and cleansing creams | July 17, 2018 | December 1, 2017 |
| | | Class 3: Non-medicated skincare preparations | March 8, 2022 | November 21, 2021 |
| | MDhair | Class 42: Providing temporary use of on-line non-downloadable computer software for education and advice in the field of the care and treatment of skin and hair | January 11, 2022 | September 13, 2021 |

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.  Executed this 27th day of September at Lake Elsinore, California.

*/s/ Andrew S. Dallmann*

Andrew S. Dallmann

- 3 -

1

2

## CERTIFICATE OF SERVICE

3

        I certify that on September 27, 2023, I electronically transmitted the foregoing document

4

using the CM/ECF system for filing, which will transmit the document electronically to all

5

registered participants as identified on the Notice of Electronic Filing

6

                                              */s/ Cecil E. Key*

7
                                              Cecil E. Key

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -