UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 5/2/2024 | **Time:** 1:03-1:25 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:22-cv-07197-RS | **Case Name:** La Canada Ventures, Inc. v. MDalgorithms, Inc. | |

**For Plaintiff:**
Cecil Key
Andrew Dallman

**For Defendant:**
Ian Boyd

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:03-1:25

### PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. The February 26, 2024 Joint Discovery Letter [Docket No. 75] regarding Plaintiff's Request for Production (RFP) Nos. 20 and 25 is granted in part and denied in part without prejudice.

   For the reasons stated on the record, (1) Plaintiff's motion to compel a further response to RFP 20 is granted. Defendant must produce all responsive docs to RFP 20 by May 16, 2024. (2) Plaintiff's motion to compel a further response to RFP 25 is denied without prejudice. The parties shall conduct a thorough meet and confer session in real time on RFP 25. If the parties are unable to resolve their dispute, they shall file a 3-page joint discovery letter by May 16, 2024. The letter cannot incorporate any other material by reference and cannot contain footnotes.

**Order to be prepared by:**
( )   Plaintiff            ( )   Defendant            ( )   Court

cc: Chambers