OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** July 11, 2025 | **Time:** 8:10 a.m.- 2:25 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:22-cv-07197-RS | **Case Name:** La Canada Ventures, Inc. v. MDalgorithms, Inc. | |

**For Plaintiff:** Cecil E. Key, Key Kesan Dallmann, counsel for Plaintiff; PLLC; Dr. Susan Lin, CEO of La Canada Venture

**For Defendant:** Ian Boyd, Sideman & Bancroft LLP and Andrew Leva, Messing Adam & Jasmine LLP, counsel for Defendants; Oded Harth, CEO of MDalgorithms; Yoram Harth, Chief Medical Officer of MDalgorithms

**Deputy Clerk:** Brittany Sims          **Reported by:** Not Recorded

PROCEEDINGS

Settlement Conference held. The parties did not reach an agreement. Judge Cisneros remains available if the parties need further assistance.